UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN LOUISE TREVINO, <br><br>    Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br>    Defendant. | No. CV 16-3294 FFM <br><br> JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order filed concurrently herewith.

DATED: August 30, 2017

                                               /S/FREDERICK F. MUMM
                                                   FREDERICK F. MUMM
                                               United States Magistrate Judge